IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SYANI GONZALEZ,

          Plaintiff,

    v.

TARGET CORPORATION, et al.,

          Defendants.

CIVIL ACTION
NO. 25-6923

## ORDER

**AND NOW**, this 6th day of May 2026, upon consideration of Defendants Detective Frank Hayden and Officer Michael Owen's Motion to Dismiss the Amended Complaint (Doc. No. 19), Defendant Target Corporation's Motion to Dismiss the Amended Complaint (Doc. No. 21), Plaintiff's Responses in Opposition (Doc. Nos. 22, 23), Defendants' Replies (Doc. Nos. 24, 25), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that the Motions to Dismiss the Amended Complaint (Doc. Nos. 19, 21) are **GRANTED**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.